GEOFFREY M. DRAKE, PRO HAC VICE
*gdrake@kslaw.com*
TACARA D. HARRIS, PRO HAC VICE
*tharris@kslaw.com*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600

DAVID P. MATTERN, PRO HAC VICE
*dmattern@kslaw.com*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500

BAILEY J. LANGNER (SBN 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS FILING RELATES TO:

ALL SCHOOL ACTIONS

MDL No. 3047

Case No. 4:22-md-03047-YGR (PHK)

Honorable Yvonne Gonzalez Rogers

**~~[PROPOSED]~~ ORDER DISMISSING WITH PREJUDICE INDIVIDUAL SCHOOL DISTRICT PLAINTIFFS' CLAIMS PURSUANT TO THE COURT'S ORDER TO SHOW CAUSE**

**~~[PROPOSED]~~ ORDER**

On November 5, 2026, the Court entered an Order to Show Cause Why Plaintiffs' Claims Should Not Be Dismissed For Failure to Serve Plaintiff Fact Sheets ("Order to Show Cause") (ECF 3662). Pursuant to the Order to Show Cause, any School District Plaintiff listed in the attached Exhibit A that failed to serve a completed and verified PFS and/or SUP-PFS, or otherwise failed to object to dismissal of their claims by November 6, 2026, shall be dismissed with prejudice.

The 31 Plaintiffs identified in Exhibit A attached hereto were subject to the Order to Show Cause but did not submit a PFS or SUP-PFS by the date of issuance and did not object to dismissal of their claims. Their cases are therefore subject to dismissal with prejudice as set forth in the Court's Order to Show Cause.

Pursuant to the Order to Show Cause, and for the reasons set forth therein, the Court hereby **ORDERS** that the cases of the 31 Plaintiffs identified in Exhibit A shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: November 19, 2026

HON. YVONNE GONZALEZ ROGERS

# EXHIBIT A
## Master Non-Submittal List

| No. | Primary Plaintiff Name(s) | Plaintiff's Firm | Docket No. |
|---|---|---|---|
| 1 | Audubon Public School District | Frantz Law Group | 25-CV-01129 |
| 2 | Beaver County School District | Frantz Law Group | 4:24-cv-04754 |
| 3 | Beggs Public Schools | Frantz Law Group | 25-CV-01523 |
| 4 | Bellevue Community Schools | Frantz Law Group | 25-CV-01135 |
| 5 | Cambridge Central School | Frantz Law Group | 25-CV-01156 |
| 6 | Chazy Union Free School District | Frantz Law Group | 25-CV-01290 |
| 7 | Checotah Public Schools | Frantz Law Group | 25-CV-05028 |
| 8 | Delanco Township School District | Frantz Law Group | 25-CV-01798 |
| 9 | Dunellen Board of Education | Frantz Law Group | 25-CV-01109 |
| 10 | Esmeralda County School District | Frantz Law Group | 25-CV-01977 |
| 11 | Garden Valley School District | Frantz Law Group | 25-CV-01973 |
| 12 | Hinds County School District | Frantz Law Group | 25-CV-01938 |
| 13 | Honeoye Central School District | Frantz Law Group | 25-CV-01133 |
| 14 | Jefferson-Lewis-Hamilton-Herkimer-Oneida Board of Cooperative Educational Services | Frantz Law Group | 25-CV-01128 |
| 15 | Kimberly Area School District | Frantz Law Group | 24-CV-07676 |
| 16 | Lassen Union High School District | Frantz Law Group | 25-CV-01761 |
| 17 | Liberty Local School District | Frantz Law Group | 25-CV-01138 |
| 18 | Littleton Elementary School District #65 | Frantz Law Group | 25-CV-01247 |
| 19 | Madison School District #321 | Frantz Law Group | 24-CV-07671 |
| 20 | New Buffalo Area Schools | Frantz Law Group | 25-CV-05031 |
| 21 | Oakfield, School District of | Frantz Law Group | 25-CV-01555 |
| 22 | Oakland Board of Education | Frantz Law Group | 25-CV-01343 |
| 23 | Pittsgrove Public Schools | Wilentz, Goldman & Spitzer | 25-CV-02152 |
| 24 | Project Impact STEM Academy | Frantz Law Group | 25-CV-01334 |
| 25 | River Valley School District (WI) | Frantz Law Group | 25-CV-01488 |
| 26 | Shamong Township School District | Frantz Law Group | 25-CV-01582 |
| 27 | Somerville Public School District | Wilentz, Goldman & Spitzer | 25-CV-04983 |
| 28 | St. Francis School District | Frantz Law Group | 25-CV-01586 |

| No. | Primary Plaintiff Name(s) | Plaintiff's Firm | Docket No. |
|---|---|---|---|
| 29 | Stevens Point Area Public School District | Frantz Law Group | 25-CV-01593 |
| 30 | Tomahawk, School District of | Frantz Law Group | 25-CV-01558 |
| 31 | Two Rivers Public Schools | Frantz Law Group | 25-CV-01614 |